IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02609-BNB

ALISHA ARAGON,

    Plaintiff,

v.

ARI ZAVARAS, Executive Director,
SCOTT HALL, Ass. Warden,
EDIE PERSON, Programs Major,
JACQUELYNN LEVI, Therapeutic Community Counselor, and
WARDEN BROADDUS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 11 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Alisha Aragon is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Denver Women's Correctional Facility in Denver, Colorado. On November 24, 2008, Ms. Aragon submitted to the Court a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983. She also filed a proper Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, on December 23, 2008.

On December 30, 2008, Magistrate Judge Boyd N. Boland entered an order granting the § 1915 Motion. The December 30, 2008, Order requires Ms. Aragon to pay the full amount of the $350.00 filing fee in installments and directs her to pay an initial partial filing fee of $18.00 within thirty days or to show cause why she has no

assets and no means to pay the initial fee by filing a current certified copy of her trust fund account statement. The Order warns Ms. Aragon that if she fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why she has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

On January 30, 2009, Ms. Aragon sent $10.13 to the Court. The Clerk of the Court returned the $10.13 payment to Ms. Aragon because it was less than the required $18.00 initial partial filing fee. Ms. Aragon now has failed either to pay the initial partial filing fee in full within the time allowed, as designated in the December 30, 2008, Order, or in the alternative to show cause why she has no assets and no means by which to pay the initial partial filing fee in full. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure either to pay an initial partial filing fee of $18.00 in full or to show cause why she has no assets and no means by which to pay the designated initial partial filing fee.

DATED at Denver, Colorado, this 11 day of Feb., 2009.

BY THE COURT

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02609-BNB

Alisha Aragon
Prisoner No. 140268
Denver Women's Corr. Facility
PO Box 392005
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  2/11/09 

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk